IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

REYNALDO GONZALES                                                                                    PLAINTIFF

V.                                                                        CIVIL ACTION NO. 1:18-CV-074-SA-DAS

CITY OF WEST POINT, MISSISSIPPI                                                                     DEFENDANT

JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before this Court on motion of the parties *ore tenus* to dismiss the Plaintiff's cause of action with prejudice, and this Court, having considered the same and being fully advised in the premises and it appearing that this cause has been resolved between the parties, with the plaintiff agreeing to satisfy and extinguish any claims or liens arising out of or related to his claims and with the Defendant denying any and all liability in the premises, is of the opinion that said motion is well taken and should be, and the same is hereby, granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be, and the same is hereby, dismissed with prejudice, with all parties to bear their respective costs.

SO ORDERED AND ADJUDGED, this the 24th day of October, 2018.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE

AGREED AND APPROVED:

/s/Benjamin D. Lang
BENJAMIN D. LANG - MS BAR #103558
Attorney for Plaintiff

/s/Mitchell O. Driskell, III
MITCHELL O. DRISKELL, III - MS BAR #100079
Attorney for Defendant